IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

IN RE:  NEAVITT, JEFFREY DONALD
        and NEAVITT, CHRISTINA RENEE        Case No. 11-41757-13

_____

NOTICE OF CHANGE OF ADDRESS

Please enter the change of address set forth below in the records of the above captioned case.

Check the appropriate role of the party the address change will affect:

  XX      Debtor      ____      Creditor

Name of Party:      Jeffery & Christina Neavitt

Old Address Information:    11 E Nassau Ave.
                                      Holyrod, Ellsworth County, KS 67450

New Address Information:   17116 E Salinda Dr, Unit B
                                      Fountain Hills, Maricopa County, AZ 85268

     S/ John R. Hooge
John R. Hooge #09798
2619 W. 6th St., Ste. D
Lawrence, KS 66049
Ph: (785) 842-1138
Fax: (785) 865-2966
Attorney for Debtor(s)

CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of October, 2015, a true and correct copy of the NOTICE OF CHANGE OF ADDRESS was electronically filed with the court using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system.

  s/ John R. Hooge
John R. Hooge                                                                                 addchg3.not